NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| HONORE L. CLINTON, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-1400 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

PER CURIAM.

Affirmed.  See Clark v. State, 790 So. 2d 1030 (Fla. 2001); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Ward v. State, 946 So. 2d 33 (Fla. 2d DCA

2006); Brinson v. State, 851 So. 2d 815 (Fla. 2d DCA 2003); Brown v. State, 827 So. 2d

1054 (Fla. 2d DCA 2002); Smith v. State, 151 So. 3d 44 (Fla. 1st DCA 2014); Ives v.

State, 993 So. 2d 117 (Fla. 4th DCA 2008); Rangel v. State, 937 So. 2d 1218 (Fla. 3d

DCA 2006).

CASANUEVA, CRENSHAW, and BLACK, JJ., Concur.